Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| JOHN BONILLA, GIL CROSTHWAITE, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br> vs. <br><br> DELTA SURVEYS et al., <br><br> Defendants. | Case No.: C 06-04450 CRB <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** [PROPOSED] **ORDER THEREON** |

//////

Plaintiffs and Defendants hereby stipulate and agree to continue the case management conference currently calendared for October 20, 2006 at 8:30 a.m. until November 17th, 2006 at 8:30 a.m., or the first available date thereafter on which the Court is available to conduct the case management conference. The reason for the continuance is Plaintiffs' trial counsel will be on vacation out of state and will therefore be unable to attend the hearing.

Dated this 10th day of October of 2006

OPERATING ENGINEERS LOCAL UNION NO. 3
TRUST FUNDS – MULTI-SERVICES
By: _____
TRACY L. MAINGUY
ATTORNEY FOR PLAINTIFFS

Dated this 11 of October of 2006

SIMPSON, GARRITY & INNES
By: _____
PAUL SIMPSON
ATTORNEY FOR DEFENDANTS
DELTA SURVEYS AND KENNETH NORGAARD

## ORDER

Based upon the above-stated stipulation, and good cause appearing, the case management conference scheduled for October 5, 2006 at 8:30 a.m. is continued until November 17th, 2006 at 8:30 a.m. The parties are to file their joint case management conference statement no later than November 3, 2006.

Dated: October 19, 2006

IT IS SO ORDERED
Judge Charles R. Breyer
HON. _____ COURT JUDGE

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C 06 04450 CRB