1  Tracy L. Mainguy, Bar No. 176928
   Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
2  1620 South Loop Road
   Alameda, CA 94502
3  (510) 748-7474

4  Attorney for Plaintiffs

5
                    UNITED STATES DISTRICT COURT
6
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
                    (SAN FRANCISCO HEADQUARTERS)
8

9

10 JOHN BONILLA, GIL CROSTHWAITE, in  )  Case No.:  C 06-04450 CRB
   their respective capacities as Trustees of the )
11 OPERATING ENGINEERS HEALTH AND )  **STIPULATION TO CONTINUE CASE**
   WELFARE TRUST FUND FOR          )  **MANAGEMENT CONFERENCE;**
12 NORTHERN CALIFORNIA et al.,     )  ~~[PROPOSED]~~ **ORDER THEREON**
                                   )
13          Plaintiffs,            )
       vs.                         )
14                                 )
   DELTA SURVEYS et al.,           )
15                                 )
           Defendants.             )
16                                 )
                                   )
17 _____)

18

19

20

21

22

23

24
   / / / / / /
25

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
Case No.: C 06 04450 CRB
                              - 1 -

1. Plaintiffs and Defendants hereby stipulate and agree to continue the case management conference currently calendared for November 10, 2006 at 8:30 a.m. until December 8, 2006 at 8:30 a.m., or the first available date thereafter on which the Court is available to conduct the case management conference. The reason for the continuance is Plaintiffs and Defendants have discussed settlement of the matter, and are in the process of drafting a settlement agreement based upon their negotiations to date. In light of the likelihood of settlement, continuing the case management conference will preserve the resources of the parties and the Court.

Dated this 1st day of November of 2006

    OPERATING ENGINEERS LOCAL UNION NO. 3
    TRUST FUNDS – MULTI-SERVICES

    By: _____
    TRACY L MAINGUY
    ATTORNEY FOR PLAINTIFFS

Dated this ___ day of November of 2006

    SIMPSON, GARRITY & INNES
    By: _____
    PAUL SIMPSON
    ATTORNEY FOR DEFENDANTS
    DELTA SURVEYS AND KENNETH
    NORGAARD

/////

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
Case No.: C 06 04450 CRB

- 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## ORDER

Based upon the above-stated stipulation, and good cause appearing, the case management conference scheduled for November 10, 2006 at 8:30 a.m. is continued until December 8, 2006 at 8:30 a.m.  The parties are to file their joint case management conference statement no later than December 1, 2006.

Dated:    November 2, 2006



_____
HON. UNITED STATES DISTRICT COURT JUDGE
CHARLES R. BREYER

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
Case No.: C 06 04450 CRB

- 3