1  Tracy L. Mainguy, Bar No. 176928
   Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
2  1620 South Loop Road
   Alameda, CA 94502
3  (510) 748-7474

4  Attorney for Plaintiffs

5
                    UNITED STATES DISTRICT COURT
6
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
                     (SAN FRANCISCO HEADQUARTERS)
8

9

10 JOHN BONILLA, GIL CROSTHWAITE, in     )   Case No.: C 06-04450 CRB
   their respective capacities as Trustees of the  )
11 OPERATING ENGINEERS HEALTH AND        )   **STIPULATION TO DISMISS ACTION;**
   WELFARE TRUST FUND FOR                )   **ORDER THEREON**
12 NORTHERN CALIFORNIA et al.,           )
                                         )
13         Plaintiffs,                   )
        vs.                              )
14                                       )
   DELTA SURVEYS et al.,                 )
15                                       )
           Defendants.                   )
16                                       )
                                         )
17 _____ )

18

19

20

21

22

23

24
   //////
25

---

STIPULATION TO DISMISS ACTION; ORDER THEREON;
Case No.: C 06 04450 CRB
                              - 1

1   Plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as
2   Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR
3   NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS;
4   PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING
5   ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP,
6   APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND;
7   OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING
8   ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS
9   MARKET PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY
10  STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY
11  AND HIGHWAY COMMITTEE ("Operating Engineers Trust Funds") and Defendants DELTA
12  SURVEYS and KENNETH NORGAARD ("Defendants") stipulate and agree to the following:

1. The Operating Engineers Trust Funds and Defendants executed a Settlement Agreement in order to resolve the above-captioned proceeding.

2. In light of the Settlement Agreement, the above-captioned matter is dismissed with prejudice pursuant to Federal Rule of Procedure 41(a)(1) as to Defendants.

3. Each party will bear their own attorneys' fees and costs relating to this proceeding.

/ / / / / /

STIPULATION TO DISMISS ACTION; ORDER THEREON;
Case No.: C 06 04450 CRB
- 2 -

4. The Court will retain jurisdiction over the above-captioned proceeding to enforce the terms of the Settlement Agreement referenced in paragraph 1 above.

Dated this ___ day of December of 2006

OPERATING ENGINEERS LOCAL UNION NO. 3
TRUST FUNDS – MULTI-SERVICES

By: _____
TRACY L. MAINGUY
ATTORNEY FOR PLAINTIFFS

Dated this ___ day of December of 2006

SIMPSON, GARRITY & INNES
By: _____
PAUL V. SIMPSON
ATTORNEY FOR DEFENDANTS

## ORDER

Based upon the above-stated stipulation for dismissal of action with prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is dismissed with prejudice as to Defendants DELTA SURVEYS and KENNETH NORGAARD. Each party will bear their own attorneys' fees and costs to relating to this proceeding. The Court retains jurisdiction to enforce the terms of the Settlement Agreement executed by the Operating Engineers Trust Funds and Defendants to resolve the above-captioned proceeding.

Dated: December 6, 2006

_____
CHARLES R. BREYER
HON. UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION TO DISMISS ACTION; ORDER THEREON;
Case No.: C 06 04450 CRB
- 3 -